# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-3032**　　　　　　　　　　　　　　　　　　**September Term, 2025**

**1:16-cr-00229-BAH-1**

**Filed On: November 17, 2025** [2145804]

United States of America,

    Appellee

  v.

Ruben Oseguera-Gonzalez, also known as Menchito, also known as Rubencito, also known as Rojo, also known as Ruso, also known as Junior, also known as El Nino,

    Appellant

## O R D E R

    Upon consideration of appellee's unopposed motion for extension of time to file brief, it is

    **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellee's Brief | January 30, 2026 |
| Appellant's Reply Brief | February 20, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:　/s/
　　　Louis Karl Fisher
　　　Deputy Clerk