# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-3032** **September Term, 2025**

**1:16-cr-00229-BAH-1**

**Filed On: August 25, 2026** [2189816]

United States of America,

Appellee

v.

Ruben Oseguera-Gonzalez, also known as Menchito, also known as Rubencito, also known as Rojo, also known as Ruso, also known as Junior, also known as El Nino,

Appellant

## O R D E R

It is **ORDERED**, on the court's own motion, that Chief Judge Srinivasan, and Circuit Judges Millett and Childs now constitute the panel assigned to hear this case, which is scheduled for oral argument on September 15, 2026, at 9:30 A.M.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk